No. 80–6905. IN RE PAREZ, *ante*, p. 810. Petition for rehearing and other relief denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

NOVEMBER 17, 1981

No. 81-543. EFFRON ET AL. V. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSN., EXECUTOR, ET AL. Appeal from Ct. App. Cal., 4th App. Dist., dismissed under this Court's Rule 53.

NOVEMBER 18, 1981

No. 81–335. SEA RANCH ASSN. ET AL. *v.* CALIFORNIA COASTAL COMMISSION ET AL. Appeal from D. C. N. D. Cal. Judgment vacated and case remanded to the District Court in order that it may consider whether the case is moot in light of the enactment of Cal. Pub. Res. Code Ann. § 30610.6 (West Supp. 1981).

NOVEMBER 27, 1981

No. 81–801. JOHNSON *v.* KERR-MCGEE OIL INDUSTRIES, INC. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 53.

No. A–439 (81–451). HATHORN ET AL. *v.* LOVORN ET AL. Application to stay the election scheduled for December 5, 1981, presented to JUSTICE WHITE, and by him referred to the Court, denied. JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS would grant the application.